**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

01 CASE NO. **0 6 3 5** CR-MORENO

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)   MAGISTRATE JUDGE
DUBÉ

**UNITED STATES OF AMERICA**

v.

**ANTONIO RODRIGUEZ and**
**JULIO LEMUS, JR.,**

                    **Defendants.**

_____/

FILED by _____ D.C.
MAG. SEC.

JUL 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

From on or about June 7, 2001, until on or about June 18, 2001, at Miami-Dade County, in

the Southern District of Florida, the defendants,

**ANTONIO RODRIGUEZ and**
**JULIO LEMUS, JR.,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with

others unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled

substance, that is, five kilograms or more of a mixture and substance containing a detectable amount

of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title

21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT II

On or about June 18, 2001, at Miami-Dade County, in the Southern District of Florida, the

defendants,

### ANTONIO RODRIGUEZ and
### JULIO LEMUS, JR.,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance,

that is, five kilograms or more of a mixture and substance containing a detectable amount of cocaine,

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18,

United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
BRIAN K. FRAZIER
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CR-MORENO

UNITED STATES OF AMERICA **01**    CASE NO. **0635**

v.

**CERTIFICATE OF TRIAL**

ANTONIO RODRIGUEZ, et al.    /

**SuperseCase Information:** _____

**Court Division:** (Select One)

New Defendant(s)                    Yes   No    D.C.
Number of New Defendants    FILED by
                                              MAG. SEC.

Miami    _X_  Key West _____

Total number of counts

FTL    _____  WPB _____  FTP _____

**JUL 0 6 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:          (Yes or No)  Yes _____
     List language and/or dialect _____ Spanish _____

4.   This case will take 2 days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                              (Check only one)

|     |                |          |          |     |
|-----|----------------|----------|----------|-----|
| I   | 0  to 5 days   | _X_      | Petty    | _____ |
| II  | 6  to 10 days  | _____   | Minor    | _____ |
| III | 11 to 20 days  | _____   | Misdem.  | _____ |
| IV  | 21 to 60 days  | _____   | Felony   | _X_  |
| V   | 61 days and over | _____ |          |     |

6.   Has this case been previously filed in this District Court? (Yes or No)  No

     If yes:
     _____   Case   _____
     (Attach copy of dispositive order)

     Has a complaint been filed in this matter? (Yes or No)  Yes _____

If yes:
     Magistrate Case No. 01-3006-BLD _____

Related Miscellaneous numbers:_____
Defendant(s) in federal custody as of _____ 18 June 01 _____
Defendant(s) in state custody as of _____
Rule 20 from the_____     District of_____
Is this a potential death penalty case? (Yes or No) _____ No _____

7.      Does this case originate from a matter pending in the U. S. Attorney's Office
prior to April 1, 1999?  __ Yes  _X_ No     If yes, was it pending in the Central
Region? __ Yes _X_ No

8.      Did this case originate in the Narcotics Section, Miami? _X_ Yes ___ No

Brian K. Frazier
ASSISTANT UNITED STATES ATTORNEY
Ct. No. A5500476

*Penalty Sheet(s) attached                                    REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**01   0 6 3 5   CR-MORENO**

**Defendant's Name:**    Antonio Rodriguez

**Count: # 1**            Conspiracy to PWID Cocaine

21 U.S.C. § 846

***Max Penalty:**         Life Imprisonment

**Count: # 2**           Possession With Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1)

Life Imprisonment

**Count: # 3**

**Max. Penalty.**

**Count: # 4**

FILED by _____ D.C.
MAG. SEC.

JUL 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**Max. Penalty:**

**Count: # 5**

-

**Max. Penalty.**

**Count: # 6**

**Max. Penalty:**

Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

01    0635    CR-MORENO

MAGISTRATE JUDGE
DUBE

**Defendant's Name:** Julio Lemus, Jr.

**Count: # 1**    Conspiracy to PWID Cocaine

21 U.S.C. § 846

**\*Max Penalty:**    Life Imprisonment

**Count: # 2**    Possession With Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1)

Life Imprisonment

FILED by _____ D.C.

JUL 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

**Count: # 3**

**Max. Penalty.**

**Count: # 4**

**Max. Penalty:**

**Count: # 5**

**Max. Penalty.**

**Count: # 6**

**Max. Penalty:**

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

GRAND JURY INDICTMENT NO. _03-mcn-342_

FORM DBD-34
JUN. 85

No. __ 01 — 0635 __

# UNITED STATES DISTRICT COURT

__SOUTHERN__ __ District of __ FLORIDA

___ CRIMINAL ___ _____ Division

## THE UNITED STATES OF AMERICA

vs.

ANTONIO RODRIGUEZ, and
JULIO LEMUS, JR.

# INDICTMENT

IN VIOLATION OF:   21 U.S.C. 846
21 U.S.C. 841(a)(1)

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail $ _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-3006-DUBÉ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ANTONIO RODRIGUEZ,

     Defendant.

_____/



## ORDER ON MOTION TO CLARIFY RECORD

     THIS CAUSE is before the Court on the Motion to Clarify Record as to Individual Sureties on Appearance Bonds filed by Defendant Antonio Rodriguez on July 3, 2001. After reviewing the motion and the file in this cause, it is **ORDERED AND ADJUDGED** as follows:

     The Motion to Clarify Record as to Individual Sureties on Appearance Bonds is **GRANTED**. The record shall reflect that Rosa Lemus is the Defendant's step-mother/aunt. **All terms and conditions of the bond previously imposed by this Court shall remain in force and effect.**

     **DONE AND ORDERED** this **5th** day of July, 2001.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc: Yvonne Rodriguez-Schack, AUSA (Miami)
    Eric D. Feldman, Esq.
      717 Ponce De Leon Boulevard
      Suite 204
      Coral Gables, FL 33134



UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ANTONIO RODRIGUEZ,

       Defendant.

CASE NO.: 01-3006-RLD



## MOTION TO CLARIFY RECORD AS TO INDIVIDUAL SURETIES ON APPERANCE BONDS

    COMES NOW the Defendant, ANTONIO RODRIGUEZ, by and through his undersigned attorney and respectfully files this Motion to Clarify the Record as to Individual Sureties on Appearance Bonds, as follows:

    1.    The Defendant appeared before the Honorable United States Magistrate Robert L. Dube on June 21, 2001, and pursuant to negotiations between defense counsel and the Government, appearance bonds were set at Two Hundred Thousand Dollars ($200,000.00) personal surety, and Fifty Thousand Dollars ($50,000.00), ten percent (10%), for the Defendant's release.

    2.    Said bonds were cosigned by Sara and Eduardo Giro, the Defendant's aunt and uncle, Mercedes and Rafael Giro, also the Defendant's aunt and uncle, and Rosa Lemus and Laureano Solis, the Defendant's step-mother/aunt and step-father/uncle. Mr. Solis had been married to the Defendant's birth mother who passed away eight (8) years ago, and then he subsequently married her sister, Rosa Lemus, and they continued to raise Antonio Rodriguez.

    3.    The minutes for said bond hearing incorrectly identify Rosa Lemus as the Defendant's mother, when she is his step-mother/aunt.



Page 1

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA

WHEREFORE  based upon the foregoing the Defendant respectfully requests that the record be clarified as to the correct relationships to the Defendant of the sureties who co-signed his appearance bonds.

Respectfully Submitted,

ERIC B. FELDMAN, P.A.
717 Ponce De Leon Blvd.
Suite 204
Coral Gables, Florida 33134
(305) 443-5236

_____
ERIC B. FELDMAN, ESQUIRE
FLA BAR NO. 288357

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by US MAIL to AUSA Yvonne Rodriguez-Shack, 99 N.E. 4th Street, Miami, Florida 33132-2111, on this _28_ day of June, 2001.

_____
ERIC B. FELDMAN, ESQUIRE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 01- 3006-Duhé

UNITED STATES OF AMERICA,
        Plaintff,

vs.

Antonio Rodriguez

Julio Lemus Jr.
        Defendant.

FILED by _____ D.C.
MAG. SEC

JUL 3 - 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.    MIAMI

This cause came before the Court and pursuant to proceedings

held, it is thereupon

**ORDERED AND ADJUDGED** as follows: Arraignment

on the above named defendants is

hereby reset to July 10, 2001, @ 10:00 a.m

before the Duty Magistrate, for good

cause shown with no objections

from the State.—

**DONE AND ORDERED** at Miami, Florida this _____3rd_____ day of

July , 2001 .

TAPE NO. 01A- 72-399.

c:AUSA
**Defense Counsel**
Pretrial Services

JOHN J. O'SULLIVAN
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF FLORIDA**

APPEARANCE BOND: Fifty Thousand Dollars, Ten Percent
$50,000.00  (10%)
CASE NO.:   01-3006-RLD

UNITED STATES OF AMERICA
                    Plaintiff,

v.

JULIO LEMUS, JR
                    Defendant,

_____

FILED by _____ D.C.
MAG. SEC.

JUN 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that I, we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ Fifty Thousand Dollars, Ten Percent.
    $50,000.00    (10%)

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1.  Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.  This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2.  May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred.  The Southern District of Florida  consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3.  May not change his or her present address as recorded on page 4 of this bond without prior permission in writing from the court.

4.  Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court.  The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case.  In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5.  Shall not commit any act in violation of state or federal laws.

DEFENDANT: JULIO LEMUS, JR.
CASE NUMBER: 01-3006-RLD
**PAGE TWO**

### SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

**☒ a.** Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

**✓ b.** Report to Pretrial Services as follows: ( ) *as directed or* _____ *times in person and* _____ *times by telephone*;

**☒ c.** Submit to substance abuse testing and/or treatment as directed by Pretrial Services;

**___ d.** Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a  prescription by a licensed medical practitioner;

**___ e.** Participate in mental health assessment and/or treatment;

**___ f.** Participate and undergo a sex offense specific evaluation and treatment;

**___ g.** Maintain or actively seek full-time employment;

**___ h.** Maintain or begin an educational program;

**___ i.** Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

**___ j.** Refrain from possessing a firearm, destructive device or other dangerous weapons;

**☒ k.** None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;

**___ l.** May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;

**___ m.** No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;

**___ n. HOME CONFINEMENT PROGRAM**   The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) **will not** or ( ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay* ( ) **or paid for by Pretrial Services** ( ).

    **_____ Curfew:** You are restricted to your residence every day from _____ to _____, or as directed by the Court.

    **_____ Home Detention:** You are restricted to your residence at all times except for: ( ) **medical needs or treatment,** ( ) **court appearances,** ( ) **attorney visits or court ordered obligations, and** ( ) **other** _____.

**___ o. HALFWAY HOUSE PLACEMENT**   The defendant shall reside at a  halfway house or community corrections center and abide by all the rules and regulations of the program. You are restricted to the halfway house at all times except for: ( ) **employment;** ( ) **education;** ( ) **religious services;** ( ) **medical, substance abuse, or mental health treatment;** ( ) **attorney visits;** ( ) **court appearances;** ( ) **court ordered obligations; and** (✓) **other** _Cosigners by Snna Ciro, Eduardo Ciro, Laureano Solis_ _and Rosa Ciro)_.

**___ p.** May travel to and from:_____, and must notify Pretrial Services of travel plans before leaving and upon return.

**___ q.** Comply with the following additional conditions of bond:

_____

_____

DEFENDANT: JULIO LEMUS, JR.
CASE NUMBER: 01-3006-RLD
PAGE THREE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1)   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)   any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)   a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFEND... NT: JULIO LEMUS,JR.

CASE NUMBER: 01-3006-RLD

PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it as been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 21st day of June , 200 1 , at Miami , Florida.

Signed and acknowledged before me:

WITNESS: _____

ADDRESS: 3601 S Bayshore Dr # 1900

Coconut Grove Fl ZIP 33133

DEFENDANT:(Signature) _____

ADDRESS: 7334 S.W. 148 Court

Miami, Florida ZIP _____

TELEPHONE: (305) 380-0749

### CORPORATE SURETY

*INDIVIDUAL*

Signed this 21 day of June , 20 01 , at Miami FL , Florida.

SURETY: _____

ADDRESS: 6410 SW 105 ct

Miami, Fla

(305) 595-9891 ZIP 33173

AGENT:(Signature) _____

PRINT NAME: Eric Stotos ct

Miami, Fla 33173

TELEPHONE: (305) 595-9891

### INDIVIDUAL SURETIES

Signed this 21 day of June 20 01, at Miami Florida.

SURETY:(Signature) _____

PRINT NAME: LAUREANO SOLIS

RELATIONSHIP TO

DEFENDANT: STEPFATHER

ADDRESS: 13938 S.W. 155 Terrace

Miami, FL ZIP _____

TELEPHONE: (786) 293-3585

Signed this day of June 20 01, at Miami, Florida.

SURETY:(Signature) _____

PRINT NAME: ROSA LEMUS

RELATIONSHIP TO

DEFENDANT: MOTHER

ADDRESS: 13938 S.W. 155 Terrace

Miami, FL ZIP _____

TELEPHONE: (786) 293-3585

### APPROVAL BY COURT

Date: 21 Jul 01

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:  Defendant, Assistant U.S. Attorney, Counsel, U.S. Marshal, Pretrial Services

AO82
(Rev. 4/90)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF FLORIDA**
at _____ MiAmi

227352

RECEIVED FROM

Eduardo Felix Giro
6410 S W 105 C t
Miami, Fl 33173
USArs Julio Lemus Jr.

Fund SS# 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

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | | 5,000.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | | |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | TOTAL | 5,000.00 |
| 322360 | Miscellaneous Fees | Case Number or Other Reference | |
| 143500 | Interest CK# 388583 | 01-3006-M6.RLD | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Appearance
Bond To be
Invested

$ Checks and drafts are accepted subject to col-
lection and full credit will only be given when the
check or draft has been accepted by the financial
institution on which it was drawn.

| DATE | | Cash | Check | M.O. | Credit | DEPUTY CLERK |
|---|---|---|---|---|---|---|
| 06/21 | 2001 | | ✓ | | | Hamilton |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Two Hundred Thousand Dollars Personal Surety
APPEARANCE BOND: $200,000.00
CASE NO.: 01-3006-RLD

UNITED STATES OF AMERICA
          Plaintiff,

v.

JULIO LEMUS, JR Defendant,

_____/

FILED by _____ D.C.
MAG. SEC.

JUN 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ ~~Two Hundred Thousand Personal Surety~~

$200,000.00

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3. May not change his or her present address as recorded on page 4 of this bond without prior permission in writing from the court.

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal laws.

DEFEN<u>DANT:JULIO LEMUS, JR.</u>
CASE NUMBER:<u>  01-3006-RLD  </u>
**PAGE THREE**

## <u>PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT</u>

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor.  This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1)   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)   any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)   a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense.  In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFEN .NT: __JULIO LEMUS, JR.__

CASE NUMBER: __01-3006-RLD__

**PAGE TWO**

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

✓ b. Report to Pretrial Services as follows: ( ) *as directed or* _____ *times in person and* _____ *times by telephone*;

✓ c. Submit to substance abuse testing and/or treatment as directed by Pretrial Services;

___ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a  prescription by a licensed medical practitioner;

___ e. Participate in mental health assessment and/or treatment;

___ f. Participate and undergo a sex offense specific evaluation and treatment;

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

___ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

✓ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;

___ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;

___ m. No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;

___ n. **HOME CONFINEMENT PROGRAM**   The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) **will not** or ( ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay* ( ) or **paid for by Pretrial Services** ( ).

   ____ **Curfew:** You are restricted to your residence every day from _____ to _____, or as directed by the Court.

   ____ **Home Detention:** You are restricted to your residence at all times except for: ( ) **medical needs or treatment,** ( ) **court appearances,** ( ) **attorney visits or court ordered obligations,** and ( ) **other** _____.

___ o. **HALFWAY HOUSE PLACEMENT**   The defendant shall reside at a  halfway house or community corrections center and abide by all the rules and regulations of the program. You are restricted to the halfway house at all times except for: ( ) **employment;** ( ) **education;** ( ) **religious services;** ( ) **medical, substance abuse, or mental health treatment;** ( ) **attorney visits;** ( ) **court appearances;** ( ) **court ordered obligations;** ( ) **reporting to Pretrial Services;** and (✓) **other** *CO SIGNED BY RACHEL GIRO AND MERCEDES GIRO* .

___ p. May travel to and from:_____, and must notify Pretrial Services of travel plans before leaving and upon return.

___ q. Comply with the following additional conditions of bond:
_____
_____.

DEFEN͟ NT: JULIO LEMUS, JR.

CASE NUMBER: 01-3006-RLD

PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it as been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

## DEFENDANT

Signed this ___21st_ day of ___June_____, 200͟1_____, at _____Miami_____, Florida.
Signed and acknowledged before me:
WITNESS: _Diana Padilla_
ADDRESS: _2601 S Bayshore Dr #1900_    DEFENDANT:(Signature)
_Coconut Grove, FL ZIP 33133_    ADDRESS: 7334 S.W. 148 Court
                                    Miami, Florida    ZIP _____
                                    TELEPHONE: (305) 380-0749

## CORPORATE SURETY

Signed this _____ day of _____, 20_____, at _____, Florida.
SURETY:_____    AGENT:(Signature)_____
ADDRESS:_____    PRINT NAME:_____
_____ ZIP _____    TELEPHONE:_____

## INDIVIDUAL SURETIES

Signed this 21 day of June, 2001, at Miami Florida.    Signed this 4 day of June, 20 01, at Miami, Florida.
SURETY:(Signature)_____    SURETY:(Signature)_____
PRINT NAME: RALPH GIRO    PRINT NAME: MERCEDES GIRO
RELATIONSHIP TO    RELATIONSHIP TO
DEFENDANT: __UNCLE__    DEFENDANT: __AUNT__
ADDRESS: 24151 S.W. 157 Avenue    ADDRESS: 24151 S.W. 157 Avenue
_Redlands, FL_ ZIP _____    _Redlands, FL_ ZIP _____
TELEPHONE: (305) 242-2817    TELEPHONE: (305) 242-2817

## APPROVAL BY COURT

Date: _21 Juu 01_

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, U.S. Marshal, Pretrial Services

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   01-3006-DUBE'

UNITED STATES OF AMERICA,

v.

**ORDER DENYING GOVERNMENT'S
REQUEST FOR PRETRIAL DETENTION &
SETTING A BOND** (_agreed_)

JULIO LEMUS JR.

This Cause came before the Court upon motion of (the government
for pretrial detention) (the defendant to set a bond). Upon
consideration, it is
        **ORDERED AND ADJUDGED** as follows:
_____  The government's motion is **denied.**
_____  The defendant's motion is **granted**; bond is set at:
   ✓    Personal Surety, unsecured, in the amount of
                                                   $ _300,000_

   ✓    Personal Surety in the amount of  $ _30,000_
        with 10% posted with Clerk of Court.
_____  Personal Surety in the amount of  $ _____
        secured by the following collateral: _____

        _____

_____  Full Cash in the amount of $ _____

_____  Corporate Surety in the amount of $ _____

_____  Full Cash or Corporate Surety in the amount of
                                  $ _____

In addition to the standard conditions of bond, the following
special conditions are hereby imposed:
✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
__ REPORT TO PRETRIAL SERVICES AS FOLLOWS:       WEEKLY IN PERSON;       WEEKLY BY PHONE. _as directed_
__ MAINTAIN PRESENT RESIDENCE.
__ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.
__ CURFEW IMPOSED 7 DAYS A WEEK FROM _____ P.M. TO _____ A.M.
✓ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES
   PROHIBITED BY LAW. _& treatment_
__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
__ STAY AWAY FROM COMMERCIAL TRANSPORTATION FACILITIES, MARINAS, BUS TERMINALS AND AIRPORTS.
__ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON. _Both Bonds_
✓ COSIGNERS ARE NOT TO FURTHER ENCUMBER PROPERTY DURING PENDENCY OF CASE.
✓ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: _Co-signed by_
_mother, aunt & uncle_

If bond is changed from that set in another District, the reason
pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida this 21st day of JUNE, 2001.

TAPE NO.01H- _27-3263_
_Dried Borders_
c:AUSA, Defense Counsel,              ROBERT L. DUBE'
   Pretrial Services, US Marshal      UNITED STATES MAGISTRATE JUDGE

_Oscar Arroyave Esq._
_# CSL. to submit correct co-signers which co. added_
_to bond - but on record as stated in open court._

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: Two Hundred Thousand Dollars Personal Surety
$200,000.00

CASE NO.: 01-3006-RLD

UNITED STATES OF AMERICA
                    Plaintiff,

v.

ANTONIO RODRIGUEZ
                    Defendant,
_____/

FILED by ____ D.C.
MAG. SEC.

JUN 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ Two Hundred Thousand Dollars Personal Surety
  $200,000.00

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1.  Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2.  May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida  consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3.  May not change his or her present address as recorded on page 4 of this bond without prior permission in writing from the court.

4.  Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5.  Shall not commit any act in violation of state or federal laws.



DEFEI\. .NT: <u>ANTONIO RODRIGUEZ</u>
CASE NUMBER:<u>01-3006-RLD</u>
**PAGE TWO**

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

X a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

X b. Report to Pretrial Services as follows: (✔) *as directed or* _____ *times in person and* _____ *times by telephone*;

X c. Submit to substance abuse testing and/or treatment as directed by Pretrial Services;

___d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

___e. Participate in mental health assessment and/or treatment;

___f. Participate and undergo a sex offense specific evaluation and treatment;

___g. Maintain or actively seek full-time employment;

___h. Maintain or begin an educational program;

___i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

___j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

X k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;

___l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;

___m. No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's)*, and follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;

___n. **HOME CONFINEMENT PROGRAM**   The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) **will not or** ( ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay* ( ) **or paid for by Pretrial Services** ( ).

_____ **Curfew:** You are restricted to your residence every day from _____ to _____, or as directed by the Court.

_____ **Home Detention:** You are restricted to your residence at all times except for: ( ) **medical needs or treatment,** ( ) **court appearances,** ( ) **attorney visits or court ordered obligations,** and ( ) other

_____.

___o. **HALFWAY HOUSE PLACEMENT**   The defendant shall reside at a  halfway house or community corrections center and abide by all the rules and regulations of the program.
You are restricted to the halfway house at all times except for: ( ) **employment;** ( ) **education;** ( ) **religious services;** ( ) **medical, substance abuse, or mental health treatment;** ( ) **attorney visits;** ( ) **court appearances;** ( ) **court ordered obligations;** ( ) **reporting to Pretrial Services;** and
(✔) other <u>CO-SITNED BY RAFAEL GIRO AND MERCEDES GIRO</u>.

___p. May travel to and from:_____, and must notify Pretrial Services of travel plans before leaving and upon return.

___q. Comply with the following additional conditions of bond:
_____
_____.

DEFENDANT: ANTONIO RODRIGUEZ
CASE NUMBER: 01-3006-RLD
PAGE THREE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)  any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)  a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFEN. NT: ANTONIO RODRIGUEZ

CASE NUMBER: 01-3006-RLD

PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it as been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this __21st__ day of __June__, 2001, at __Miami__, Florida.
Signed and acknowledged before me:
WITNESS: _Oscar Hdamer_          DEFENDANT:(Signature) _Antonio Rodriguez_
ADDRESS: _2601 S Bayshore Dr. #1900_   ADDRESS: 13938 S.W. 155 Terrace
_Coconut Grove Fl_ ZIP _33133_          __Miami, FL__ ZIP _____
                                        TELEPHONE: (786) 293-3585

### CORPORATE SURETY

Signed this _____ day of _____, 20____, at _____, Florida.
SURETY: _____   AGENT:(Signature) _____
ADDRESS: _____   PRINT NAME: _____
_____ ZIP _____    TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this _21_ day of _June_, 2001, at _Miami_, Florida.    Signed this _21_ day of _June_, 2001, at _Miami_, Florida.
SURETY:(Signature) _Rafael Giro_                              SURETY:(Signature) _Mercedes G._
PRINT NAME: ~~RALPH~~ GIRO                                    PRINT NAME: MERCEDES GIRO
RELATIONSHIP TO                                               RELATIONSHIP TO
DEFENDANT: UNCLE                                              DEFENDANT: AUNT
ADDRESS: 24151 S.W. 157 Avenue                               ADDRESS: 24151 S.W. 157 Avenue
___Redlands, FL_ ZIP _____                              ___Redlands, FL___ ZIP _____
TELEPHONE: (305) 242-2817                                     TELEPHONE: (305) 242-2817

### APPROVAL BY COURT

Date: _21 Jul 01_

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, U.S. Marshal, Pretrial Services

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: Fifty Thousand Dollars, Ten Percent
$50,000.00   (10%)
CASE NO.:   01-3006-RLD

FILED by _____ D.C.
MAG. SEC.

JUN 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA
                    Plaintiff,
v.

                    Defendant
ANTONIO RODRIGUEZ

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ Fifty Thousand Dollars, Ten Percent .
   ($50,000.00   (10%)

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

   1.  Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.  This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

   2.  May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred.  The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

   3.  May not change his or her present address as recorded on page 4 of this bond without prior permission in writing from the court.

   4.  Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court.  The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case.  In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

   5.  Shall not commit any act in violation of state or federal laws.



DEFEN___ __T: ANTONIO RODRIGUEZ
CASE NUMBER: 01-3006-RLD
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

**X** a.  Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

**X** b.  Report to Pretrial Services as follows: (  ) *as directed or _____ times in person and _____ times by telephone;*

**X** c.  Submit to substance abuse testing and/or treatment as directed by Pretrial Services;

___ d.  Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a  prescription by a licensed medical practitioner;

___ e.  Participate in mental health assessment and/or treatment;

___ f.  Participate and undergo a sex offense specific evaluation and treatment;

___ g.  Maintain or actively seek full-time employment;

___ h.  Maintain or begin an educational program;

___ i.  Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

___ j.  Refrain from possessing a firearm, destructive device or other dangerous weapons;

**✓** k.  None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;

___ l.  May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.;*

___ m.  No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's),* and follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;

___ n.  **HOME CONFINEMENT PROGRAM**   The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which (  ) will not or (  ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay* (  ) or **paid for by Pretrial Services (  ).**

    ____  **Curfew:** You are restricted to your residence every day from _____ to _____, or as directed by the Court.

    ____  **Home Detention:** You are restricted to your residence at all times except for: (  ) medical needs or **treatment, (  ) court appearances,  (  ) attorney visits or court ordered obligations,** and (  ) other
    _____.

___ o.  **HALFWAY HOUSE PLACEMENT**   The defendant shall reside at a  halfway house or community corrections center and abide by all the rules and regulations of the program.
You are restricted to the halfway house at all times except for: (  ) **employment; (  ) education; (  ) religious services; (  ) medical, substance abuse, or mental health treatment; (  ) attorney visits; (  ) court appearances; (  ) court ordered obligations; (  ) reporting to Pretrial Services; and** (✓) **other** *CO-signed by SARA GIRO AND Eduardo GIRO*
*whose property shall not be encumbered*

___ p.  May travel to and from:_____, and must notify Pretrial Services of travel plans before leaving and upon return.

___ q.  Comply with the following additional conditions of bond:
_____
_____

DEFEND..T: <u>ANTONIO RODRIGUEZ</u>
CASE NUMBER: <u>01-3006-RLD</u>
PAGE THREE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFEN___. ___: ANTONIO RODRIGUEZ
CASE NUMBER: _01-3006-RLD_
PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it as been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 21st day of _____ June _____, 2001 _____, at _____ Miami _____, Florida.
Signed and acknowledged before me:
WITNESS: _____
ADDRESS: _____ ZIP _____

DEFENDANT:(Signature) _____
ADDRESS: 13938 S.W. 155 Terrace
_____ Miami, FL _____ ZIP _____
TELEPHONE: (786) 293-3585

### ~~CORPORATE~~ *INDIVIDUAL* SURETY

Signed this 21 day of _June_, 20 01, at _Miami_, Florida.
SURETY: _____
ADDRESS: _____ ZIP 33173

AGENT:(Signature) _____
PRINT NAME: EDUARDO GIRO _____
TELEPHONE: (305) 555-9891

### INDIVIDUAL SURETIES

Signed this 21 day of June, 2001, at Miami, Florida.
SURETY:(Signature) _____
PRINT NAME: LAUREANO SOLIS
RELATIONSHIP TO
DEFENDANT: ~~UNCLE~~ STEP-FATHER
ADDRESS: 13938 S.W. 155 Terrace
_____ Miami, FL _____ ZIP _____
TELEPHONE: (786) 293-3585

Signed this 21 day of June, 2001, at Miami, Florida.
SURETY:(Signature) _____
PRINT NAME: ROSA LEMUS
RELATIONSHIP TO
DEFENDANT: ~~AUNT~~ ~~MOTHER~~ STEP-MOTHER
ADDRESS: 13938 S.W. 155 Terrace
_____ Miami, FL _____ ZIP _____
TELEPHONE: (786) 293-3585

### APPROVAL BY COURT

Date: 21 Jun 01 _____

_____ UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, U.S. Marshal, Pretrial Services

AO82
(Rev. 4/90)

**ORIGINAL**

227353

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF FLORIDA**
at _Miami_

RECEIVED FROM  _Eduardo Giro_
_6410 SW 105 ct._
_Miami, Fl 33173_
_USA rs Antonio Rodriguez_

_SS# 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_

| Fund | | ACCOUNT | AMOUNT |
|------|------|---------|--------|
| 6855XX | Deposit Funds | | 5,000.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | | |
| 322340 | Sale of Publications | **TOTAL** | 5,000.00 |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | Case Number or Other Reference |
| 143500 | Interest _CK# 888582_ | _01-3006-M6-RLD_ |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | _Appearance Bond_ |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | _To be Invested_ |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

$  Checks and drafts are accepted subject to col-
lection and full credit will only be given when the
check or draft has been accepted by the financial
institution on which it was drawn.

| DATE _06/21 2001_ | Cash | Check ✓ | M.O. | Credit | DEPUTY CLERK _Judy Hamilth_ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  01-3006-DUBE'

UNITED STATES OF AMERICA,

v.

ANTONIO RODRIGUEZ

**ORDER DENYING GOVERNMENT'S
REQUEST FOR PRETRIAL DETENTION &
SETTING A BOND** *(agreed)*

This Cause came before the Court upon motion of (the government
for pretrial detention) (the defendant to set a bond). Upon
consideration, it is

FILED by _____ D.C.
MAG. SEC.

**JUN 21 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDERED AND ADJUDGED** as follows:

_____ The government's motion is **denied.**

_____ The defendant's motion is **granted**; bond is set at:

✓ Personal Surety, unsecured, in the amount of
$ 200,000

✓ Personal Surety in the amount of $ 30,000
with 10% posted with Clerk of Court.

_____ Personal Surety in the amount of $ _____
secured by the following collateral: _____

_____

_____ Full Cash in the amount of $ _____

_____ Corporate Surety in the amount of $ _____

_____ Full Cash or Corporate Surety in the amount of
$ _____

In addition to the standard conditions of bond, the following
special conditions are hereby imposed:

✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.

✓ REPORT TO PRETRIAL SERVICES AS FOLLOWS:     WEEKLY IN PERSON;     WEEKLY BY PHONE. *as directed*

__ MAINTAIN PRESENT RESIDENCE.

__ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.

__ CURFEW IMPOSED 7 DAYS A WEEK FROM _____ P.M. TO _____ A.M.

✓ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES
PROHIBITED BY LAW. *+ treatment*

__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.

__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.

__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.

__ STAY AWAY FROM COMMERCIAL TRANSPORTATION FACILITIES, MARINAS, BUS TERMINALS AND AIRPORTS.

✓ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON. *Both bonds —*

✓ COSIGNERS ARE NOT TO FURTHER ENCUMBER PROPERTY DURING PENDENCY OF CASE. *Co-Signed by*

✓ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: *mother, Aunt & Uncle*

If bond is changed from that set in another District, the reason
pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida this 21st day of JUNE , 2001.

TAPE NO.01H- 27-3263

*David Garber*

c:AUSA, Defense Counsel,
Pretrial Services, US Marshal

*Eric Feldman esq.*

ROBERT L. DUBE'
UNITED STATES MAGISTRATE JUDGE

*Note — cpl. to submit correct co-signers — which were
not stated in open court —*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:01-3006-RLD



UNITED STATES OF AMERICA,

      Plaintiff,

v.

JULIO LEMUS, JR.,

      Defendant.

_____/

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD
FOR TRIAL PURPOSES ONLY**

COMES NOW OSCAR ARROYAVE, who files this appearance as permanent counsel of record for the above named defendant. Counsel agrees to represent the defendant for all proceedings related to trial arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

This appearance is for trial purposes only. There is no agreement or understanding between undersigned counsel and the defendant herein for representation regarding any matter at the appellate level. Counsel acknowledges responsibility to advise the

1



defendant of the right of appeal and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this is a permanent appearance and is in conformity with the requirements of the Local Rules of the U.S. District Court for the Southern District of Florida and the Special Rules Governing the Admission and Practice of Attorneys.


DATED: <u>June 21, 2001</u>

OSCAR ARROYAVE, ESQ.
2601 South Bayshore Drive
Suite 1400
Miami, Florida 33133
Phone: (305)858-2383
Fax: (305)858-3100
Florida Bar No.: 298859


The undersigned defendant hereby consents to the representation of the above counsel per the terms of representation stated in this Notice of Permanent Appearance as Counsel of Record.

Defendant: _____
JULIO LEMUS, JR.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 01~3006~Dube



UNITED STATES OF AMERICA,

vs.

*[handwritten defendant name]*

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

     The above named defendant having appeared before the Court as
ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____✓_____  Private counsel  OSCAR A. Mayoral
             appeared in open court and is noted as permanent
             counsel of record.

_____  The defendant requested Court appointed counsel, was
             found eligible, and counsel will be appointed by
             separate order.

_____  The defendant requested Court appointed counsel but
             was found ineligible, and shall appear before the
             Court on _____
             at 10:00 a.m. to report regarding his/her further
             efforts to retain counsel, unless counsel notices a
             permanent appearance before that date.

_____  The defendant requested further time to retain
             counsel and shall appear before the Court on
             _____ at 10:00 a.m. to report
             regarding his/her further efforts to retain counsel,
             unless counsel notices a permanent appearance before
             that date.

     **DONE AND ORDERED** at Miami, Florida this ___21st___ day
of ___June_____, 2001.

TAPE NO.2001H- 27~1180

                              _____
                              UNITED STATES MAGISTRATE JUDGE
                              ROBERT L. DUBE'
AUSA
Defense Counsel
Pretrial Services or Probation
U.S. Marshal

UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. O1 - 3006 R(H)

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY**
**APPEARANCE AS COUNSEL**

FILED BY _____ M.D.C.

6|19|2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

JULIO LEMUS , JR.

COMES NOW ____ ERIC B. FELDMAN ____ and

files this temporary appearance as counsel for the above named

defendant(s) at initial appearance.  This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing**

**documents** necessary to collateralize any **personal surety bond** which

may be set.

Counsel's Name **(Printed)** ____ ERIC B. FELDMAN ____

Counsel's Signature _____

Address ____ 717 PONCE DE LEON BLVD ____

____ SUITE 204   CORAL GABLES FL   ZIP CODE: 33134 ____

Telephone ____ (305)   443 5236 ____



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:01-3006-RLD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTONIO RODRIGUEZ,

       Defendant.
_____/

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD
FOR TRIAL PURPOSES ONLY**

COMES NOW ERIC B. FELDMAN, who files this appearance as permanent counsel of record for the above named defendant. Counsel agrees to represent the defendant for all proceedings related to trial arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

This appearance is for trial purposes only. There is no agreement or understanding between undersigned counsel and the defendant herein for representation regarding any matter at the appellate level. Counsel acknowledges responsibility to advise the

1

defendant of the right of appeal and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this is a permanent appearance and is in conformity with the requirements of the Local Rules of the U.S. District Court for the Southern District of Florida and the Special Rules Governing the Admission and Practice of Attorneys.


DATED: <u>June 21, 2001</u>

ERIC B. FELDMAN, ESQ.
717 Ponce de Leon
Suite 204
Coral Gables, Florida 33134
Phone: (305)443-5236
Fax: (305)443-4293
Florida Bar No.: 288357


The undersigned defendant hereby consents to the representation of the above counsel per the terms of representation stated in this Notice of Permanent Appearance as Counsel of Record.

Defendant: ANTONIO RODRIGUEZ

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: O\ - 3006 - Dube



FILED by VVV D.C.
MAG. SEC.
6/21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

vs.

**ORDER ON HEARING TO
REPORT RE COUNSEL**

Antonio Rodriguez

The above named defendant having appeared before the Court as
ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____✓_____ Private counsel _Eric Feldman_
appeared in open court and is noted as permanent
counsel of record.

_____ The defendant requested Court appointed counsel, was
found eligible, and counsel will be appointed by
separate order.

_____ The defendant requested Court appointed counsel but
was found ineligible, and shall appear before the
Court on _____
at 10:00 a.m. to report regarding his/her further
efforts to retain counsel, unless counsel notices a
permanent appearance before that date.

_____ The defendant requested further time to retain
counsel and shall appear before the Court on
_____ at 10:00 a.m. to report
regarding his/her further efforts to retain counsel,
unless counsel notices a permanent appearance before
that date.

**DONE AND ORDERED** at Miami, Florida this _21st_ day
of _June_, 2001

TAPE NO.2001H-27-1180

AUSA
Defense Counsel
Pretrial Services or Probation
U.S. Marshal

_____
UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'

koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 01 – 3606 – DUbe

UNITED STATES OF AMERICA

**ORDER ON INITIAL APPEARANCE**

Plaintiff,

Language ___ENGLISH___

Tape No. 01H - 26 - 2529

v.

AUSA Yvonne Rodriguez

Agent _____ Shac

FILED BY ___ D.C.

6/19/2001

JULIO LEMUS

Defendant.

DOB: 7-6-74        Reg# 67469-004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

_____/

The above-named defendant having been arrested on ___6-18-01___ having appeared before the court for initial appearance on ___6-19-01___ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. Eric Feldman appeared as permanent/temporary counsel of record.
Address: 717 Ponce de Leon Blvd
Zip Code: 33134        Telephone: 305 - 443 - 5236
2 . _____ appointed as permanent counsel of record.
Address: _____
Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on ___6/26___, 2001.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am ___7/3___, 2001.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because risk of flight
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am 6/21, 2001.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;

   other: _____
c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.

JULIO LEMUS

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set: At Arrest _____
               On Warrant _____
               After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions.  These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at Miami, Florida, this 19th     day of __JUNE_____
2001 .

                              UNITED STATES MAGISTRATE JUDGE
                              ROBERT L. DUBE'

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 01-3006 RLD

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY**
**APPEARANCE AS COUNSEL**

FILED by V V D.C.
MAG. SEC.

6/19-2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

ANTONIO RODRIGUEZ

COMES NOW _____ ERIC  B. FELDMAN _____ and
files this temporary appearance as counsel for the above named
defendant(s) at initial appearance.  This appearance is made with
the **understanding** that the undersigned counsel will fulfill any
**obligations imposed** by the Court such as **preparing and filing**
**documents** necessary to collateralize any **personal surety bond** which
may be set.

Counsel's Name **(Printed)** _____ ERIC  B. FELDMAN _____

Counsel's Signature _____

Address _____ 717 PONCE DE LEON BLVD

_____ CORAL GABLES  FL  ZIP CODE: 33134

Telephone ( 305 ) 443 5235

koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 01- 3006- DUbe

UNITED STATES OF AMERICA

**ORDER ON INITIAL APPEARANCE**
Language _Englist_
Plaintiff,
Tape No. 01H -26- 2462
AUSA _Yvonne Rodriguez Schch_
v.
Agent _____

FILED by _____ D.C.
MAG. SEC.

6/19/ 2001

ANTONIO RODRIGUEZ
CLARENCE MADDOX
CLERK U.S. DIST. CT.
Defendant.
DOB: 11-4-69    Reg# 67468-004
S.D. OF FLA.   MIAMI

_____/

The above-named defendant having been arrested on ___6-18-01___ having appeared before the court for initial appearance on _____6-19-01_____ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _Eric Feldman_ appeared as permanent/temporary counsel of record.
Address: _717 Ponce de Leon Blvd_
Zip Code: _33134_ Telephone: _305- 443-5236_

2. _____ appointed as permanent counsel of record.
Address: _____
Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____6/26/01_____, 2001.

4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am   7.3_, 2001.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am  6 21_, 2001.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.

___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;

other: _____

c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___d. Maintain or actively seek full time gainful employment.

Page 1 of 2

## ANTONIO RODRIGUEZ

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____

_____

This bond was set: At Arrest _____

               On Warrant _____

               After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

_____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>19th</u> day of <u>JUNE</u> 2001 .

                      **UNITED STATES MAGISTRATE JUDGE**
                      **ROBERT L. DUBE'**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. ___01 - 3006 - CW___

**UNITED STATES OF AMERICA**

**vs.**

**ANTONIO RODRIGUEZ, AND**
**JULIO LEMUS, JR.**
_____/

## CRIMINAL COVER SHEET

1.  Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?  ____ Yes  __X__ No

2.  Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?  ____Yes  __X__ No

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY:  ___/s/ Yvonne Rodriguez Schack___
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0794686
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9014
FAX (305) 530-7976

N:\vsimmons\Duty\complain.cov

AO 91 (Rev. 5/85) Criminal Complaint  AUSA    DRIGUEZ-SCHACK

# United States District Court

| SOUTHERN | DISTRICT OF | FLORIDA |

UNITED STATES OF AMERICA

v.

ANTONIO RODRIGUEZ, AND
JULIO LEMUS, JR.

## CRIMINAL COMPLAINT

CASE NUMBER: 01-3006-RLD

I, the undersigned complainant, being duly sworn, states the following is true and correct to the best of my knowledge and belief. On or about June 18, 2001, at Miami-Dade County in the Southern District of Florida, the defendants did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); and did knowingly and intentionally combine, conspire, confederate and agree with each other to possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent with the Drug Enforcement Administration and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Signature of Complainant
JAMES M. McGOVERN, SPECIAL AGENT
U.S. DRUG ENFORCEMENT ADMINISTRATION
JUNE 19, 2001

Sworn to before me, and subscribed in my presence,

JUNE 19, 2001
Date

at  Miami, Florida
City and State

ROBERT L. DUBÈ
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, James M. McGovern being duly sworn, depose and say:

1.     I am a Special Agent with the Drug Enforcement Administration (DEA), assigned to the Miami Field Division. I have been a DEA Special Agent for approximately one year. Prior to that, I was a police officer with the Carpentersville Police Department for approximately ten (10) years. As a Federal Agent of the United States Department of Justice, I am authorized to conduct criminal investigations of violations of Title 21 of the United States Code. I have received extensive training in conducting narcotics investigations and in identifying the means and methods used by narcotic traffickers and the financial aspects of the illegal narcotics business. I have conducted or participated in numerous investigations of this nature. This affidavit is in support of the arrest of ANTONIO RODRIGUEZ and JULIO LEMUS, JR.

2.     Since May 2001, I have been the case agent on the investigation of the trafficking activities of kilogram quantities of cocaine by ANTONIO RODRIGUEZ.

3.     Since 1994, a confidential source (CS) has bought approximately fifty (50) kilograms of cocaine from ANTONIO RODRIGUEZ.

4.     During the week of June 17, 2001, in several consensually tape recorded telephone calls, RODRIGUEZ and the CS discussed the CS purchasing "one handful". Based on your affiants training and experience a "handful" is a term used by drug traffickers to describe five kilograms of cocaine. RODRIGUEZ told the CS that he would "front" the five kilograms of cocaine to the CS. RODRIGUEZ agreed to be paid twenty two thousand ($22,000.00) dollars for each kilogram approximately one hour after the deal.

5.     On June 18, 2001, RODRIGUEZ agreed to sell five (5) kilograms of cocaine to the CS at the Target store located at 15005 SW 88 St. Miami, Florida.

6.     On June 18, 2001, RODRIGUEZ arrived at the Target store and met with the CS. RODRIGUEZ told the CS that he would return with the five (5) kilograms of cocaine in ten minutes. Surveillance agents then followed RODRIGUEZ to 7334 SW 148 St., Miami, Florida, where RODRIGUEZ engaged in conversation with a male white, (later identified as JULIO LEMUS JR.). Approximately ten minutes later, surveillance units observed RODRIGUEZ depart from the residence carrying a large paper bag. LEMUS JR. followed RODRIGUEZ in a white four door Honda, to the same Target store where the CS was awaiting RODRIGUEZ and the five (5) kilograms of cocaine.

7.     On June 18, 2001, RODRIGUEZ and LEMUS JR. arrived in the parking lot of the same Target store. RODRIGUEZ met with the CS and provided the CS with the five (5) kilograms of cocaine. The CS advised RODRIGUEZ that he would provide RODRIGUEZ with his money in approximately one hour.

8.     While RODRIGUEZ and the CS were engaged with the cocaine transaction, surveillance units observed LEMUS JR. driving his white four door Honda around the perimeter of the parking lot in a counter surveillance fashion.

9.     After the transaction, both RODRIGUEZ and LEMUS JR. returned to LEMUS JR'S residence of 7334 SW 148 Ct., Miami, Florida.

10.     On June 18, 2001, approximately one hour after the transaction, RODRIGUEZ returned to the same Target store to obtain payment for the five (5) kilograms of cocaine, where

2

RODRIGUEZ was subsequently arrested. LEMUS JR. was arrested moments later at his residence

of 7334 SW 148th Ct. Miami, Florida.

11.     The five (5) kilograms of field tested positive for cocaine.


_s/l_

JAMES M. McGOVERN, SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION


Subscribed to an sworn
before me this 10th day of June, 2001.


ROBERT L. DUBE
UNITED STATES MAGISTRATE JUDGE

3

MIM 5800.12A
MARCH 19, 1999
PAGE 18

Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )    CASE NUMBER: CR 01 – 3006

                    Plaintiff )                    Dube

                             )

          -vs-              )    REPORT COMMENCING CRIMINAL

                             )              ACTION

LEMUS, JULIO          )      67469-004

                    Defendant

FILED by ___ D.C.
MAG. SEC.
6|19-
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:  CLERK'S OFFICE    ,  MIAMI    FT. LAUDERDALE    W. PALM BEACH

     U.S. DISTRICT COURT          (circle one)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES

          COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS.  INFORMATION NOT APPLICABLE ENTER N/A.

(1)     DATE AND TIME OF ARREST:  06/18/01          11:00 a.m/p.m.

(2)     LANGUAGE(S) SPOKEN:  English

(3)     OFFENSE(S) CHARGED:  Poss w/Intent distri Cocaine
          Dist. of Cocaine

(4)     UNITED STATES CITIZEN:  (X)YES    ( )NO    ( )UNKNOWN

(5)     DATE OF BIRTH:  07/06/74

(6)     TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
          [ ] INDICTMENT     [X] COMPLAINT     CASE # _____
          [ ] BENCH WARRANT FOR FAILURE TO APPEAR
          [ ] PAROLE VIOLATION WARRANT

MIM 5800.12A
MARCH 19, 1999
PAGE 18

Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER: CR 01-3006 |
| Plaintiff | ) | Dube |
| | ) | |
| -vs- | ) | REPORT COMMENCING CRIMINAL |
| | ) | ACTION |
| RODRIGUEZ, ANTONIO | ) | |
| Defendant | | 67468-004 |

FILED by _____ D.C.
MAG. SEC.
6/19/01
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

*************************************************************

TO: CLERK'S OFFICE ,   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH

U.S. DISTRICT COURT   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES

COURT ABOVE.

*************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: 6-18-01 _____ 10.55 a.m./p.m.

(2)   LANGUAGE(S) SPOKEN: English + Spanish

(3)   OFFENSE(S) CHARGED: Poss w/intent to distr. Cocaine
                        Dist. of Cocaine

(4)   UNITED STATES CITIZEN: (X)YES   ( )NO   ( )UNKNOWN

(5)   DATE OF BIRTH: 11-04-69

(6)   TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
      [ ] INDICTMENT   [X] COMPLAINT   CASE # _____
      [ ] BENCH WARRANT FOR FAILURE TO APPEAR
      [ ] PAROLE VIOLATION WARRANT